WO

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, and FIDELITY EXPRESS NETWORK, INC., a California corporation, | Case No. 2:11-mc-00072-RCB |
| Plaintiffs, | [Assigned to Hon. Robert C. Broomfield] |
| vs. | **ORDER GRANTING APPLICATION FOR WITHDRAWAL OF COUNSEL WITH CONSENT OF CLIENT** |
| COLIN H. FRIEDMAN, individually and as trustee of the Friedman Family Trust UDT, dated July 23, 1987; HEDY KRAMER FRIEDMAN, individually and as trustee of the Friedman Family Trust UDT, dated July 23, 1987; FARID MESHKATAI, an individual; and ANITA KRAMER MESHKATAI, individually and as trustee of the Anita Kramer Living Trust, dated July 23, 1987, | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL:**

Based upon the Application filed by Farid Meshkatai and Anita Meshkatai for

Withdrawal of Counsel with Consent of Client, and good cause appearing, the Court FINDS

AND ORDERS AS FOLLOWS:

1. David M. Bass and Janine F. Cohen of David M. Bass & Associates, Inc. are

relieved as counsel of record for Farid and Anita Meshkatai; and

2. Farid Meshkatai and Anita Meshkatai are substituted in on a *pro se* basis.

DATED this 17th day of April, 2014.

_____

Robert C. Broomfield
Senior United States District Judge